1  JASON M. FRIERSON, NVSBN 7709
   United States Attorney
2  District of Nevada
3
   DAVID PRIDDY, ILSBN 6313767
4  Special Assistant United States Attorney
   160 Spear Street, Suite 800
5  San Francisco, California 94105
   Telephone: (510) 970-4801
6  Facsimile: (415) 744-0134
   E-Mail: David.Priddy@ssa.gov
7
   Attorneys for Defendant
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOLLY STODDART,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:22-cv-01119-DJA<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER AND CERTIFIED ADMINISTRATIVE RECORD (*FIRST REQUEST*)** |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), through her undersigned counsel, hereby requests an extension of time to file her answer and Certified Administrative Record (CAR) in this case, for good cause shown. This is the Commissioner's first motion for an extension. The Commissioner's answer and CAR are currently due to be filed by September 26, 2022. The Commissioner requests an extension of 60 days in which to file the answer and CAR, which would move the due date to November 25, 2022. Counsel for Defendant advised counsel for Plaintiff of the need for this extension on September 21, 2022. Counsel for Plaintiff confirmed that Plaintiff does not object to this request.

Defendant makes this request in good faith and for good cause, because the CAR, which must be filed with the answer and is necessary to adjudicate the case, is not yet available. On September 21, 2022, counsel for Defendant contacted the Social Security Administration's Office of Appellate Operations (OAO) in Falls Church, Virginia, which is responsible for producing the CAR that must be filed with the answer, per 42 U.S.C. § 405(g) and (h). A representative from the OAO stated that unforeseen technical and logistical problems had delayed them in producing the CAR in this case and estimated that they would need an additional 60 days to prepare the CAR.

Accordingly, Defendant requests an extension of 60 days in which to file the answer and CAR, changing the due date for the answer and CAR from September 26, 2022, to November 25, 2022.

Dated: September 22, 2022

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 22, 2022

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 160 Spear Street, Suite 800, San Francisco, California 94105. I am not a party to the above-entitled action. On the date set forth below, I caused service of **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER AND CERTIFIED ADMINISTRATIVE RECORD (*FIRST REQUEST*)** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Gerald Morris Welt
Gerald M. Welt, Cht.
411 E. Bonneville Ave., #505
Las Vegas, NV 89101
702-382-2030
Fax: 702-684-5157
Email: gmwesq@weltlaw.com

Marc V. Kalagian
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway
Suite C115
Santa Fe Springs, CA 90670
562-273-3702
Fax: 562-868-5491
Email: marc.kalagian@rksslaw.com

Attorneys for Plaintiff

Dated: September 22, 2022

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney