JASON M. FRIERSON, Nevada Bar No. 7709
United States Attorney
District of Nevada

RYAN LU, Oregon Bar No. #105902
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900, M/S 221A
Seattle, Washington 98104-7075
Telephone: (206) 615-2034
Facsimile: (206) 615-2531
E-Mail: Ryan.Lu@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DOLLY STODDART,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:22-cv-01119-DJA<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(~~*FIRST*~~ *REQUEST*)<br>**SECOND** |

Defendant Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant) respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or Remand (Dkt. No. 21), currently due on January 30, 2023, by 28 days, through and including February 27, 2023. Defendant further requests that all subsequent deadlines set forth in the Court's scheduling order (Dkt. No. 20) be extended accordingly.

This is Defendant's second request for an extension of time. Good cause exists for this extension. On January 27, 2023, this case was reassigned to Defendant's lead attorney of record from another attorney at Social Security's Office of the General Counsel. Defendant's counsel is currently

exploring settlement options in this case and will need additional time to continue the process and consult and negotiate with Plaintiff's counsel, as required. If settlement is not possible, Defendant's counsel will need time to draft and file Defendant's responsive brief. In the past two weeks, Defendant's lead counsel has worked on several matters with deadlines before or on Defendant's briefing deadline in this case, including drafting and filing four responsive briefs and working and negotiating settlement in two other cases. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

On January 30, 2023, counsel for Defendant conferred with Plaintiff's attorney, who has no opposition to this motion.

It is therefore respectfully requested that Defendant be granted an extension of time to respond to Plaintiff's Motion for Reversal and Remand, through and including February 27, 2023.

Dated: January 30, 2023

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Ryan Lu*
RYAN LU
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __January 30, 2023_____

2

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 701 Fifth Avenue, Suite 2900, M/S 221A, Seattle, Washington 98104-7075. I am not a party to the above-entitled action. On the date set forth below, I caused a copy of the above **UNOPPOSED MOTION FOR EXTENSION OF TIME (*SECOND REQUEST*)** to be served upon the following by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Gerald Morris Welt
Gerald M. Welt, Cht.
411 E. Bonneville Ave., #505
Las Vegas, NV 89101
702-382-2030
Fax: 702-684-5157
Email: gmwesq@weltlaw.com

Marc V. Kalagian
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway
Suite C115
Santa Fe Springs, CA 90670
562-273-3702
Fax: 562-868-5491
Email: marc.kalagian@rksslaw.com

Dated:  January 30, 2023

                                  */s/ Ryan Lu*
                                  RYAN LU
                                  Special Assistant United States Attorney