JASON M. FRIERSON, Nevada Bar No. 7709
United States Attorney
District of Nevada

RYAN LU, Oregon Bar No. #105902
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2034
ryan.lu@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOLLY STODDART, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:22-cv-01119-DJA <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME** <br> (***THIRD REQUEST***) |

Defendant Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant) respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or Remand (Dkt. No. 21), currently due on February 27, 2023, by 14 days, through and including March 13, 2023. Defendant further requests that all subsequent deadlines set forth in the Court's scheduling order (Dkt. No. 26) be extended accordingly.

This is Defendant's third request for an extension of time. Good cause exists for this extension. On January 27, 2023, this case was reassigned to Defendant's lead attorney of record from another attorney at Social Security's Office of the General Counsel. On January 30, 2023, Defendant's counsel

moved for a 28-day extension for the purpose of exploring settlement options in this case and consult and negotiate with Plaintiff's counsel, as required. The Court granted Defendant's motion for extension. Dkt. No. 26. However, Defendant's counsel is currently still in the process of exploring settlement options and needs more time to receive a response from the client agency. If settlement is not possible, Defendant's counsel will need time to draft and file Defendant's responsive brief. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for the inconvenience this delay has caused the Court and Plaintiff.

On February 24, 2023, counsel for Defendant conferred with Plaintiff's attorney, who has no opposition to this motion.

It is therefore respectfully requested that Defendant be granted an extension of time to respond to Plaintiff's Motion for Reversal and Remand, through and including March 13, 2023.

Dated: February 24, 2023                    Respectfully submitted,

                                            JASON M. FRIERSON
                                            United States Attorney

                                            */s/ Ryan Lu*
                                            RYAN LU
                                            Special Assistant United States Attorney



IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___February 27, 2023___

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6401 Security Boulevard, Baltimore, MD 21235. I am not a party to the above-entitled action. On the date set forth below, I caused a copy of the above **UNOPPOSED MOTION FOR EXTENSION OF TIME (*THIRD REQUEST*)** to be served upon the following by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Gerald Morris Welt
Gerald M. Welt, Cht.
411 E. Bonneville Ave., #505
Las Vegas, NV 89101
702-382-2030
Fax: 702-684-5157
Email: gmwesq@weltlaw.com

Marc V. Kalagian
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway
Suite C115
Santa Fe Springs, CA 90670
562-273-3702
Fax: 562-868-5491
Email: marc.kalagian@rksslaw.com

Dated:  February 24, 2023

*/s/ Ryan Lu*
RYAN LU
Special Assistant United States Attorney

3